IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.             No. 4:21-CR-00034-01-JM

RAYNEL KENNA JACKSON

## ORDER

Defendant's Motion for Compassionate Release (Doc. No. 71) is DENIED.

Defendant seeks compassionate release based on "family circumstances," Amendment 821, her rehabilitation, and harsh conditions at her current BOP facility.

The reasons she lists are not "extraordinary and compelling" under the United States Sentencing Guidelines, individually or combined.  Specifically, Defendant asserts that her mother needs "daily assistance from In Home Supportive Services," but, her mother was already considered disabled at the time the presentencing report was drafted. Additionally, Defendant's mother is not "incapacitated," and she is not the only available caregiver for Defendant's minor children.

Defendant also seeks a sentence reduction based on guideline Amendment 821, but she had one criminal history point, not zero, and she did not receive status points.

IT IS SO ORDERED this 30th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE